VALENTI LAW APC
Matt Valenti, Esq. (State Bar No. 253978)
E-mail: mattvalenti@valentilawapc.com
5252 Balboa Avenue, Suite 700
San Diego, CA 92117
Phone: (619) 540-2189

Attorney for Plaintiff Raul Uriarte-Limon

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>　　Plaintiff,<br><br>vs.<br><br>SUN AUTO TIRE & SERVICE, INC., a Delaware corporation dba EVANS TIRE AND SERVICE CENTERS; STREET PROPERTIES INC, a California corporation; and DOES 1-10; and DOES 1-10,<br><br>　　Defendants. | Case No.: 3:24-cv-00521-JLS-DTF<br><br>NOTICE OF SETTLEMENT |

NOTICE OF SETTLEMENT - 1

1  Plaintiff RAUL URIARTE-LIMON hereby notifies the court that a global
2  settlement has been reached in the above-captioned case and the parties would like
3  to avoid any additional expense and further the interests of judicial economy.
4  Plaintiff therefore applies to this Honorable Court to vacate all currently set dates
5  with the expectation that Plaintiff will file a Notice of Dismissal with prejudice as
6  to all parties pursuant to F.R.Civ.P. 41(a)(1)(A)(i) within 60 days.

8  Respectfully submitted,

10 DATED: May 31, 2024                VALENTI LAW APC

12                          By:  */s/ Matt Valenti*

13                               Matt Valenti, Esq.
14                               Attorney for Plaintiff